**No. 59192.**—The Neuwirth Co., Inc. *v.* United States, protest 252479–K (New York).

Opinion by WILSON, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59193.**—Roberts, Reilly & Sons *v.* United States, protest 252922–K (New York).

Opinion by WILSON, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59194.**—Terzis of Syria, Inc. *v.* United States, protest 253199–K (New York).

Opinion by WILSON, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59195.**—Paris Leather Co. *v.* United States, protests 253301–K and 253302–K (New York).

Opinion by WILSON, J. An examination of the papers in these cases disclosing nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protests were overruled.

**No. 59196.**—Hudson Shipping Co., Inc. *v.* United States, protests 254269–K and 254270–K (New York).

Opinion by WILSON, J. An examination of the papers in these cases disclosing nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protests were overruled.

BEFORE THE SECOND DIVISION, JUNE 29, 1955

**No. 59197.**—International Hobbies *v.* United States, protest 226579–K (El Paso).

Opinion by LAWRENCE, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.